UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Muhammad J.D. Akbar,**  Civil No. 05-2632 (DSD/SRN)

    **Petitioner,**

    **ORDER**

**v.**

**Marty Anderson, Warden,**

    **Respondent.**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated October 16, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

The court is aware that during the relevant time period defendant has written to the magistrate judge, objecting to the lack of assistance he received in amending his 28 U.S.C. § 2241 application for a writ of habeas corpus. No amount of amending based on the facts presented by defendant, however, could change the result reached by the well-reasoned Report and Recommendation. The issue of the parole hearing is now moot, and the court lacks jurisdiction to review the substantive result of the hearing.

Therefore, based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Docket No. 1) is DENIED; and

    2.    This action is DISMISSED WITH PREJUDICE.

DATED: November 29, 2006.

                                                      s/David S. Doty  
                                                      Judge David S. Doty  
                                                      United States District Court Judge