# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **Muhammad J.D. Akbar,** | Civil No. 05-2632 (DSD/SRN) |
| Petitioner, | |
| v. | **O R D E R** |
| **Marty Anderson, Warden,** | |
| Respondent. | |

Petitioner Muhammad J.D. Akbar, pro se[1]

Michael L. Cheever, Assistant United States Attorney, 300 South 4th Street, Minneapolis, MN 55415, for Respondent

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson, dated June 11, 2007. No objections have been filed to that Report and Recommendation in the time period permitted. Accordingly, based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Muhammad J.D. Akbar's Motion to Proceed with § 2241 Petition (Doc. No. 22) is **DENIED**.

Dated: July 2, 2007

                                                                                         s/David S. Doty
                                                                                         David S. Doty, Judge
                                                                                         United States District Court

---

[1] The docket sheet reflects that Petitioner is represented by the Office of the Federal Public Defender, but Petitioner filed the motion under consideration pro se.